J. D. Easterlin, Appellant, v. The State of Florida by W. B. Lamar, Attorney-General, etc., Appellee.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile and Horatio Davis for appellant.

J. B. Whitfield, Attorney-General, and B. A. Thrasher for appellee.

The bill in this cause was filed by appellant against the appellee. There was decree for the defendant and the complainant appeals. The appeal is dismissed on motion of counsel for the appellee.